# FIRE INSURANCE.

Perkins *v.* The Washington Insurance Company.    4
Cow. Rep. 645.    On Appeal.
Not reported in Chancery.

## *Fire Insurance.    Commencement of Risk.*

The defendants, an insurance company in the city of New
York, appointed a surveyor in Savannah, Ga., and by their
president empowered him to make contracts of insurance
against fire, to take effect from the time when the premium
*should be paid, and should be received at New York ; pro-
vided the office should recognize the rate of premium and
should be otherwise satisfied with the risk.* The surveyor
advertised at Savannah, the terms on which the company
would insure, and subscribed himself as agent of the com-
pany at Savannah ; mentioning that they would insure
through him. P., the plaintiff paid the usual premium of in-
surance on certain goods on the 5th of Jan. 1820 to the sur-
veyor, who gave a receipt for the money, describing himself
as agent of the company, and specifying the consideration
and object of the receipt ; but before the premium was re-
ceived at New York, the goods were consumed by fire, and
the insured afterwards tendered the premium to the company,
and demanded that they should imdemnify him or execute
the contract of insurance. On a bill filed upon that state of
facts, claiming indemnity from the company, the Chancellor
dismissed the bill, holding that the risk had not commenced ;
but,

The Court of Errors *reversed* the decree and held that the
company were bound to indemnify the insured, although the

premium had not been received by them before the loss, and that the premium paid being according to *their established rates*, it did not lie with the company to say that they would not recognize the rate of premium or would not be satisfied with the risk, and they were accordingly decreed to indemnify the assured.